# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR- ED 09-0183M |
| v. MARIO PULGARIN | ORDER FOR TEMPORARY DETENTION |
| DEFENDANT(S). | 18 USC §3142(d) |

The Court finds that the above-named defendant:

☑ is / was at the time of commission of a federal / state / local offense on release:
- ☐ pending trial for a felony
- ☐ pending imposition / execution of sentence
- ☐ pending appeal of sentence / conviction
- ☐ pending completion of sentence
- ☑ probation / parole for any offense
- ☐ is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and
- ☑ may flee
- ☑ pose a danger to a person or the community as follows:_____

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify:_____
*Appropriate Court*

_____,  _____,  _____
*Probation or Parole Officer*   *State or local law enforcement*   *INS*

IT IS FURTHER ORDERED that if _____ fails or declines to take
*State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on _____ at _____ A.M./P.M.
in Courtroom _____

DATED: 9/3/09

DAVID T. BRISTOW, U. S. MAGISTRATE JUDGE

M-8 (6/98)   ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)